# EXHIBIT A

*United States ex rel. Heller v. Guardian Pharmacy*
Complaint - Exhibit A
Examples of Kickback Scheme

| Customer Name | Guardian Code | Type of Pharmacy Consulting Services | Medication Packaging System | eMAR System | Patient Count (est.) | Annual # Scripts (est.) | Annual Sales Revenues (estimate) |
|---|---|---|---|---|---|---|---|
| **Assisted Living Communities - Guardian Provides Free or Below Fair Market Value Consulting Services** | | | | | | | |
| Eagles Landing Senior Living | DOGEAG | Pharmacist | Strip | None | 44 | 3,696 | $205,920 |
| Elmcroft Milford Chase | ELMCHA | Pharmacist | Strip | None | 66 | 5,544 | $308,880 |
| Provident Village at Creekside | PRSMYR | Pharmacist | Strip | None | 35 | 2,940 | $163,800 |
| Waterford at Hidden Lake | WATHID | Pharmacist | Strip | None | 38 | 3,192 | $177,840 |
| Waterford at Oakwood | WATERF | Pharmacist | Strip | None | 66 | 5,544 | $308,880 |
| **Assisted Living Communities - Guardian Provides Free or Below Fair Market Value Consulting Services & Free Installation of eMAR System** | | | | | | | |
| Addington Place Alpharetta | TBD | Pharmacist | Strip | QuickMAR | 35 | 2,940 | $163,800 |
| Addington Place Johns Creek | TBD | Pharmacist | Strip | QuickMAR | 46 | 3,864 | $215,280 |
| Antebellum Grove (former customer)* | ANTBEL | Pharmacist | MOT | ECP | 44 | 3,696 | $205,920 |
| Canterfield of Kennesaw | TBD | Pharmacist | Strip | QuickMAR | 20 | 1,680 | $93,600 |
| Dogwood Forest Dunwoody | DOGDUN | Pharmacist | Strip | QuickMAR | 46 | 3,864 | $215,280 |
| Dogwood Forest Grayson | DOGGRY | Pharmacist | Strip | QuickMAR | 31 | 2,604 | $145,080 |
| Gardens of Shiloh Point | SHILOH | Pharmacist | Card | QuickMAR | 35 | 2,940 | $163,800 |

*United States ex rel. Heller v. Guardian Pharmacy*
Complaint - Exhibit A
**Examples of Kickback Scheme**

| Customer Name | Guardian Code | Type of Pharmacy Consulting Services | Medication Packaging System | eMAR System | Patient Count (est.) | Annual # Scripts (est.) | Annual Sales Revenues (estimate) |
|---|---|---|---|---|---|---|---|
| Gracemont | GRACE | Pharmacist | Strip | QuickMAR | 68 | 5,712 | $318,240 |
| Morningside Gainesville | MSGAIN | Pharmacist | Strip | QuickMAR | 30 | 2,520 | $140,400 |
| Northlake Gardens | MSTUCK | Pharmacist | Strip | QuickMAR | 50 | 4,200 | $234,000 |
| Oaks Braselton | OAKBRA | Pharmacist | Strip | PCC | 71 | 5,964 | $332,280 |
| Oaks Hampton | OAKHAM | Pharmacist | Strip | PCC | 70 | 5,880 | $327,600 |
| Oaks Post Road | OAKPST | Pharmacist | Strip | PCC | 74 | 6,216 | $346,320 |
| Oaks Towne Lake | OAKTWN | Pharmacist | Strip | PCC | 34 | 2,856 | $159,120 |
| Orchard at Tucker | ORCHRD | Pharmacist | Strip | QuickMAR | 38 | 3,192 | $177,840 |
| Phoenix Milton | PHXMIL | Pharmacist | Strip | QuickMAR | 41 | 3,444 | $191,880 |
| Rosewood at Fort Ogelthorpe | FTOGLE | Pharmacist | Strip | QuickMAR | 91 | 7,644 | $425,880 |
| St. Ives | STIVES | Pharmacist | Strip | QuickMAR | 38 | 3,192 | $177,840 |
| The Madeline at Decatur (former customer) | TBD | Pharmacist | Strip | Eldermark | 35 | 2,940 | $163,800 |
| Winnwood Retirement | WINWOO | Pharmacist | Strip | QuickMAR | 38 | 3,192 | $177,840 |
| Woodland Ridge | WOODLA | Pharmacist | Strip | QuickMAR | 50 | 4,200 | $234,000 |

*United States ex rel. Heller v. Guardian Pharmacy*
Complaint - Exhibit A
**Examples of Kickback Scheme**

| Customer Name | Guardian Code | Type of Pharmacy Consulting Services | Medication Packaging System | eMAR System | Patient Count (est.) | Annual # Scripts (est.) | Annual Sales Revenues (estimate) |
|---|---|---|---|---|---|---|---|
| **Personal Care Homes - Guardian Provides Free or Below Fair Market Value Consulting Services** | | | | | | | |
| Gardens of Fayetteville | FAYETT | Nurse | Strip | None | 40 | 3,360 | $187,200 |
| Heritage of Brookstone | BROOKS | Nurse | Strip | None | 30 | 2,520 | $140,400 |
| Heritage of Sandy Plains | SANDYP | Nurse | Strip | None | 49 | 4,116 | $229,320 |
| Ivy Springs Manor | IVYSPR | Nurse | Strip | None | 60 | 5,040 | $280,800 |
| Manchester Court | MANCRT | Nurse | Strip | None | 35 | 2,940 | $163,800 |
| Medlock Gardens | MEDLOC | Nurse | Strip | None | 30 | 2,520 | $140,400 |
| Morningside Alpharetta | DOGALP | Nurse | Strip | None | 61 | 5,124 | $285,480 |
| Mt. Vernon Towers | MTVERN | Nurse | Strip | None | 14 | 1,176 | $65,520 |
| Palms at Lake Spivey | PALMS | Nurse | Strip | None | 17 | 1,428 | $79,560 |
| Parc at Duluth | TBD | Nurse | Strip | None | 20 | 1,680 | $93,600 |
| St. George Village | STGEOR | Nurse | Strip | None | 26 | 2,184 | $121,680 |
| Summer's Landing Bayberry Trace Jonesboro | SLJONE | Nurse | Strip | None | 19 | 1,596 | $88,920 |
| Wesley Woods Towers Personal Care | TBD | Nurse | Strip | None | 28 | 2,352 | $131,040 |

*United States ex rel. Heller v. Guardian Pharmacy*
Complaint - Exhibit A
**Examples of Kickback Scheme**

| Customer Name | Guardian Code | Type of Pharmacy Consulting Services | Medication Packaging System | eMAR System | Patient Count (est.) | Annual # Scripts (est.) | Annual Sales Revenues (estimate) |
|---|---|---|---|---|---|---|---|
| **Personal Care Homes - Guardian Provides Free or Below Fair Market Value Consulting Services & Free Installation of eMAR System** | | | | | | | |
| Azalea House | AHOUSE | Nurse | Strip | QuickMAR | 16 | 1,344 | $74,880 |
| Campbellstone | CMPBEL | Nurse | Strip | QuickMAR | 20 | 1,680 | $93,600 |
| Country Gardens Dunwoody* | CGDUNW | Nurse | MOT | ECP | 33 | 2,772 | $154,440 |
| Eastside Gardens | ESGDN | Nurse | Strip | QuickMAR | 47 | 3,948 | $219,960 |
| Hollander Senior Living Sandy Springs | HLSNDY | Nurse | Strip | QuickMAR | 33 | 2,772 | $154,440 |
| Magnolia Gardens | TBD | Nurse | Strip | QuickMAR | 30 | 2,520 | $140,400 |
| Magnolia Senior Living | MAGNOL | Nurse | Strip | QuickMAR | 44 | 3,696 | $205,920 |
| Villas at Canterfield | VILLAS | Nurse | Strip | QuickMAR | 54 | 4,536 | $252,720 |

| | |
|---|---|
| **Total Patient Count:** | 1,940 |

| | |
|---|---|
| **Total Prescriptions Filled Each Year:** | 162,960 |

| | |
|---|---|
| **Total Annual Sales Revenues:** | $9,079,200 |

4