IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HENRY B. HELLER,<br><br>   *Plaintiffs*,<br><br>v.<br><br>GUARDIAN PHARMACY, LLC, and GUARDIAN PHARMACY OF ATLANTA, LLC,<br><br>   *Defendants*. | Civil Action File No.:<br><br>1:18-cv-03728-SDG |

## DEFENDANT GUARDIAN PHARMACY OF ATLANTA, LLC'S MOTION TO DISMISS

For the reasons set forth in the accompanying Brief in Support of its Motion to Dismiss, Defendant Guardian Pharmacy of Atlanta, LLC ("Guardian Atlanta") respectfully moves to dismiss Relator Henry B. Heller's ("Relator" or "Heller") Amended Complaint ("Complaint") (Doc. 24) pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

Guardian Atlanta seeks dismissal because Relator's Complaint fails to state a claim for relief as to Guardian Atlanta and fails to plead fraud with the requisite particularity. Specifically, Relator alleges that Guardian Atlanta violated the federal Anti-Kickback Statute ("AKS") by furnishing "kickbacks" in exchange for being designated as a "preferred pharmacy" by assisted living communities (ALCs) and personal care homes (PCHs) ("Communities"). Relator alleges that

1

any claims billed by Guardian Atlanta to the Medicare program for drugs provided to residents of these Communities were "tainted" by these "kickbacks" and thus were false claims under the FCA.

Relator's claims must be dismissed because he does not adequately plead: 1) any underlying AKS violation; 2) any claim that includes items or services "*resulting from*" an AKS violation; or 3) that the alleged violations were material to Medicare's decision to pay Guardian Atlanta's claims.

For these reasons, and as more specifically explained in Guardian Atlanta's Brief in Support of this Motion, Guardian Atlanta respectfully moves the Court to dismiss Plaintiff's Amended Complaint, without leave to amend, as to any claims against Guardian Atlanta, and for such other and further relief, at law or in equity, to which Guardian Atlanta may be entitled.

Respectfully submitted this 5th day of May, 2020.

    ARNALL GOLDEN GREGORY LLP

    */s/ W. Jerad Rissler*
    W. Jerad Rissler, Esq.
    Georgia Bar No. 142024
    jerad.rissler@agg.com
    Glenn P. Hendrix, Esq.
    Georgia Bar No. 346590
    glenn.hendrix@agg.com
    171 17th Street, Suite 2100

                                              Atlanta, Georgia 30363-1031
                                              404.873.8500 (Telephone)
                                              404.873.8501 (Facsimile)

                                              *Attorneys for Defendant*
                                              *Guardian Pharmacy of Atlanta, LLC*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that this pleading was prepared using Book Antiqua 13-point font in accordance with Local Rule 5.1(C).

This 5th day of May, 2020.

                                              */s/ W. Jerad Rissler*
                                              W. Jerad Rissler, Esq.
                                              Georgia Bar No. 142024

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed the foregoing **DEFENDANT GUARDIAN PHARMACY OF ATLANTA, LLC'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

>  */s/ W. Jerad Rissler*
>  W. Jerad Rissler
>  Georgia Bar No. 142024

ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404.873.8500
Facsimile: 404.873.8501

14961157v1