# EXHIBIT A

**Cc:** Matt Hopp[Matt.Hopp@guardianpharmacy.net]; Tim Williams[Tim.Williams@guardianpharmacy.net]; Lisa McKenzie[Lisa.McKenzie@guardianpharmacy.net]; hankheller@aol.com[hankheller@aol.com]
**From:** Lori Newcomb[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8F9C3FD067F94548A051FB7C9CA27ACE-LORI NEWCOM]
**Sent:** Thur 3/2/2017 12:25:05 PM (UTC-05:00)
**Subject:** Guardian CMA class on March 21st and 22nd
CMA Agenda Gracemont AL March 2017.docx

Good afternoon, Everyone!

We are announcing the next CMA training class, which will be held this month on **March 21st and 22nd, from 9:30-4:30,** at **Gracemont Assisted Living in Cumming, GA.** The agenda is attached with the address, phone number and other needed information about the class. A big Thank You to Gracemont for hosting this class for us.

We are trying to hold a class every other month, which is an increase from 2016 when we held quarterly classes. The demand is great, so we are trying to help you get your staff CMA certified.
This class is the first part of becoming a CMA. The staff member must attend both days in their entirety, and will be given a certificate of classroom training at the end for their personnel files.
Next, the CMA candidate will return to your community, and must practice all skills with a nurse or CMA and be competent and ready for the skills check off and test. There are many of you that have RN's that are instructors and can help complete that process for you. For those who do not have an RN instructor, you should contact me or Lisa McKenzie, and we will get you scheduled for skills checks and CMA testing.

It is very helpful if you send staff that have passed medications before, or at least gotten to shadow a nurse or CMA so that they are familiar with some of the material when they come to class. This is an advanced class, and we move very quickly. Also, please do not send staff that have worked the night before class. They cannot stay awake for 8 hours, and it is not fair to them, you, or us to ask them to try.

Our host, Gracemont, will provide a continental breakfast and coffee, juice and water each day for the attendees. Remind them that lunch will be on their own.

The charge for the class is $50/day, or $100 total per person. Our Host community, new communities to Guardian AND newly licensed AL communities are exempt from these charges. If you are not exempt, you will be billed within 30 days after the class for the staff you send.

Please reply to me no later than **Friday, March 17th at NOON** with the names and number of staff you would like to send. I am going to try to limit this class to 25 attendees.

Thank you very much, and please let me know what questions you have!

Lori


**Lori M. Newcomb, RPh, BCGP**
Board Certified Geriatric Pharmacist Consultant
**Guardian Pharmacy Atlanta**
1705 Enterprise Way
Suite 105j
Marietta, GA 30067-9220
Ph. 770-635-3301
Fax 770-635-3302
Cell
Lori.newcomb@guardianpharmacy.net
www.guardianpharmacyatlanta.com