# EXHIBIT B

| | |
|---|---|
| **To:** | Matt Hopp[Matt.Hopp@guardianpharmacy.net]; Tim Williams[Tim.Williams@guardianpharmacy.net]; Lisa McKenzie[Lisa.McKenzie@guardianpharmacy.net]; Adriana Hasselbring[Adriana.Hasselbring@guardianpharmacy.net]; Hank Heller[Hank.Heller@guardianpharmacy.net] |
| **Cc:** | Gregory Michaud[Gregory.Michaud@guardianpharmacy.net]; Brianna Harding[Brianna.Harding@guardianpharmacy.net] |
| **From:** | Lori Newcomb[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8F9C3FD067F94548A051FB7C9CA27ACE-LORI NEWCOM] |
| **Sent:** | Fri 1/12/2018 10:53:52 AM (UTC-05:00) |
| **Subject:** | 2018 Consulting Fees and visit structure |

Guardian Pharmacy Consulting Fee schedule January 2018.docx

Good morning, everyone

Matt gave the ok for charging for ALL education and ALL skills checks. This, of course may be revised based on some of our large corporate clients' feedback.
I wanted to send this to you all since I am sending out email today for next CMA class scheduled January 24th and 25th. I am attaching the fee schedule for you, and the REVISED consulting duties. This is an internal document, NOT to be shared with clients. We are working to become more efficient, while still providing quality consulting to our clients.

Marketing points to remember: AL buildings get high quality consulting for free every quarter, even though this is required by AL rules; we are only charging for class room training and skills checks, which take so much of the consultants' time. PCH buildings get high quality consulting for free every quarter, even though not required by rules. Again, we are charging for classroom training and skills checks for them only.

We are willing to negotiate a Premium package if clients wish to participate. They would pay a monthly fee ($300-$500 per month). This monthly fee would cover them for all education, training, skills checks, premium consulting services, etc. They also would get priority on scheduling if they are paying this fee.

We have to be "All in" (Thanks, Dabo Swinney) on this. It is an important, but difficult change to make. We will most likely get some negative feedback from our clients. However, with the rules as they are in GA for AL and PCH, we can no longer afford to give everything away for free. The old adage that "you get what you pay for" is true. We provide the best consulting in the state as far as I am concerned. Matt has to pay us to do our jobs. We cannot continue to give everything away for free. Plus, the consulting team is worn out. We need more help. Matt can't get us more help unless we generate some income. We already have more consultants per beds than anyone else at Guardian.

So please review the 2 page fee schedule and 2018 consulting duties. Please direct questions to me if you have them. I wanted to give everyone a heads up prior to email going out for CMA class. Don't make a big deal about the changes. Just make them aware of consultant changes and charges when they ask. Immediately give feedback to Matt if you get resistance or threats to leave.

Thank you all! It is a pleasure to work with a great team, and let's make 2018 our best year yet!

Lori

**Lori M. Newcomb, RPh, BCGP**
Board Certified Geriatric Pharmacist Consultant
**Guardian Pharmacy Atlanta**
1705 Enterprise Way
Suite 105
Marietta, GA 30067-9220
Ph. 770-635-3301
Fax 770-635-3302
Cell ▮▮▮▮▮▮▮▮
Lori.newcomb@guardianpharmacy.net
www.guardianpharmacyatlanta.com