# EXHIBIT C



# Selling the Guardian Difference

Revised 10.18.18

FOR INTERNAL USE ONLY

# Tips for Selling to a New Account

- Understand your region/area
  - Find comparable adoption rates in the same area
  - Find comparable adoption rates with the same management company
- Focus on **eligible** beds
  - Ask these questions:
    - # of VA residents, self-medicators, mail-order
    - # using current preferred pharmacy
- Explain the Guardian Difference
  - Difference between Guardian and other LTC pharmacies
  - Difference between Guardian and retail pharmacies



FOR INTERNAL USE ONLY

# Difference between Guardian and other LTC pharmacies

- All other LTC pharmacies have business models created to support skilled nursing
    - 75% of Guardian's 110,000 patients served are ALF
- Other LTC providers have consolidated dispensing & billing
    - Dispensing and billing are all done locally under the same roof
    - No 800 numbers to call centers for billing issues
    - More expensive service model for Guardian but we think it's worth it and it's the only way to support ALF properly
- Other LTC providers lack resources for local account management, education services, training
- Cookie-cutter pharmacy model & one size fits all practices
    - Guardian's unique business model & local customized services (inverted pyramid)



# Difference between Guardian and Retail/Local Pharmacies

- Retail & Local Pharmacy Challenges
    - Done business together for years, small town-family relationships, close proximity & perceived convenience
    - Retail co-pays have the appearance of overall lower cost to the resident
    - OTC medication cost – 90 day bulk supplies

    **However…**
    - Often lacking in nursing, consulting, eMAR support, technology and education services.
    - Lacking resources to work non-covered's & prior authorizations
    - No geriatric specialty
    - Limited hours of operation, weekends, after hours support
    - Sometimes will provide services at no cost and/or fly under the regulation "radar screen"
    - No disaster recovery support
    - No equipment provided (laptops, fax machines, med carts)
    - Challenging environment to remain a local-independent pharmacy in today's world



# Tips for Selling to a New Account

- Discuss/determine first POC for residents/families/new admissions
- Discuss resident opt in vs opt out letter
- Discuss outside meds policy & fee rates for not using preferred pharmacy
  - Profile only strategy / fee discussion
  - Discuss timing – after 90 days, from start, etc.
- Discuss billing
  - Locally managed
  - Test claim example for residents' bills
  - Review payment portal / automated phone payment options



FOR INTERNAL USE ONLY

# Tips for Selling to a New Account

- Determine regional contact (if applicable)
- Review Claims Management Program offering
    - Show comparable data
- Schedule pharmacy tour for leadership/marketing
- Discuss partnership opportunities
    - Family nights, resident councils, upcoming events, etc.
- Determine EHR/EMAR requirements upfront

**Log your account info, contacts, visits, and activity in Salesforce – *accurately and timely***



FOR INTERNAL USE ONLY