**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HENRY B. HELLER,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GUARDIAN PHARMACY, LLC, and GUARDIAN PHARMACY OF ATLANTA, LLC,<br><br>    *Defendants*. | Civil Action File No.:<br><br>1:18-cv-03728-SDG |

## DEFENDANT GUARDIAN PHARMACY, LLC'S MOTION TO DISMISS

For the reasons set forth in the accompanying Brief in Support of its Motion to Dismiss, Defendant Guardian Pharmacy, LLC ("Guardian Pharmacy") respectfully moves to dismiss Relator Henry B. Heller's ("Relator" or "Heller") Amended Complaint ("Complaint") (Doc. 24) pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

Guardian Pharmacy seeks dismissal because Relator's Complaint fails to state a claim for relief as to Guardian Pharmacy and fails to plead fraud with the requisite particularity. Specifically, Relator's allegations against Guardian Pharmacy are entirely derivative of his allegations against Guardian Pharmacy of Atlanta, LLC ("Guardian Atlanta"), which has separately moved for dismissal. Because Relator has not stated a claim against Guardian Atlanta, his claim against

Guardian Pharmacy likewise fails.

Further, even if Relator's Complaint did state a claim against Guardian Atlanta, Relator's Complaint fails to plead facts that would make Guardian Pharmacy responsible for Guardian Atlanta. Relator does not allege any separate wrongdoing as to Guardian Pharmacy, but rather impermissibly seeks to lump Guardian Pharmacy together with Guardian Atlanta.

WHEREFORE, Guardian Pharmacy respectfully moves the Court to dismiss Plaintiff's Amended Complaint, without leave to amend, as to any claims against Guardian Pharmacy, and for such other and further relief, at law or in equity, to which Guardian Pharmacy may be entitled.

Respectfully submitted this 5th day of May, 2020.

ARNALL GOLDEN GREGORY LLP

*/s/ W. Jerad Rissler*
W. Jerad Rissler, Esq.
Georgia Bar No. 142024
jerad.rissler@agg.com
Glenn P. Hendrix, Esq.
Georgia Bar No. 346590
glenn.hendrix@agg.com
171 17th Street, Suite 2100
Atlanta, Georgia 30363-1031
404.873.8500 (Telephone)
404.873.8501 (Facsimile)

*Attorneys for Defendant*
*Guardian Pharmacy, LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this pleading was prepared using Book Antiqua 13-point font in accordance with Local Rule 5.1(C).

*/s/ W. Jerad Rissler*
W. Jerad Rissler, Esq.
Georgia Bar No. 142024

This 5th day of May, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed the foregoing **DEFENDANT GUARDIAN PHARMACY, LLC'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

> */s/ W. Jerad Rissler*
> W. Jerad Rissler
> Georgia Bar No. 142024

ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404.873.8500
Facsimile: 404.873.8501