# EXHIBIT A

Control No. **10086576**

# STATE OF GEORGIA

Secretary of State
Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

# CERTIFICATE OF ORGANIZATION

I, **Brian P. Kemp**, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

### GUARDIAN PHARMACY OF ATLANTA, LLC
a Domestic Limited Liability Company

has been duly organized under the laws of the State of Georgia on **12/08/2010** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on December 8, 2010



Brian P. Kemp
Secretary of State

Control No: 10086576
Date Filed: 12/08/2010 12:14 PM
Brian P. Kemp
Secretary of State

# ARTICLES OF ORGANIZATION

# OF

# GUARDIAN PHARMACY OF ATLANTA, LLC

The undersigned, acting as organizer of Guardian Pharmacy of Atlanta, LLC under the Georgia Limited Liability Company Act (the "Act"), adopts the following Articles of Organization:

## ARTICLE I

The name of the limited liability company (the "Company") is Guardian Pharmacy of Atlanta, LLC.

## ARTICLE II

The purpose of the Company is to engage in any and all business in which limited liability companies are permitted by the Act.

## ARTICLE III

The mailing address of the Company's principal place of business is 1776 Peachtree Road, N.W., Suite 500, South Tower, Atlanta, Georgia 30309.

## ARTICLE IV

The street address and county of the Company's initial registered office in the State of Georgia is 1776 Peachtree Road, N.W., Suite 500, South Tower, Atlanta, Fulton County, Georgia 30309. Its initial registered agent at such address is David K. Morris.

Signed this  8th  day of December, 2010.

Signed: _____
David K. Morris, Organizer

ATI-2448262

State of Georgia
Creation - Domestic Entity 3 Page(s)

T1034310056



**Brian P. Kemp**
Secretary of State

OFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION
315 West Tower, #2 Martin Luther King, Jr. Drive
Atlanta, Georgia 30334-1530
(404) 656-2817
Registered agent, officer, entity status information via the Internet
http://www.georgiacorporations.org

**TRANSMITTAL INFORMATION
GEORGIA LIMITED LIABILITY COMPANY**

---

**IMPORTANT**
Remember to include your e-mail address when completing this transmittal form.

Providing your e-mail address allows us to notify you via e-mail when we receive your filing and when we take action on your filing. Please enter your e-mail address on the line below. Thank you.

E-Mail: ccduerr@jonesday.com

---

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

1. _____
   LLC Name Reservation Number (if one has been obtained; if articles are being filed without prior reservation, leave this line blank)
   Guardian Pharmacy of Atlanta, LLC
   LLC Name (List *exactly* as it appears in articles)

2. Rebecca Smith                                                                           404-581-8057
   Name of person filing articles (certificate will be mailed to this person, at address below)   Telephone Number
   1420 Peachtree Street, N.E., Suite 800
   Address
   Atlanta                         Georgia                30309-3053
   City                            State                  Zip Code

3. 1776 Peachtree Road, N.W., Suite 500, South Tower
   Principal Office Mailing Address of LLC (Unlike registered office address, this may be a post office box)
   Atlanta                         Georgia                30309
   City                            State                  Zip Code

4. David K. Morris
   Name of LLC's Registered Agent in Georgia
   1776 Peachtree Road, N.W., Suite 500, South Tower
   Registered Office Street Address of LLC in Georgia (Post office box or mail drop not acceptable for registered office address)
   Atlanta            Fulton           GA             30309
   City               County           State          Zip Code

5. Name and Address of each organizer   (Attach additional sheets if necessary)
   David K. Morris,    1776 Peachtree Rd., N.W., Suite 500, South Tower,  Atlanta,   GA    30309
   Organizer           Address                                            City       State Zip Code

   Organizer           Address                                            City       State Zip Code

6. Mail or deliver the following items to the Secretary of State, at the above address:
   1) This transmittal form
   2) Original and one copy of the Articles of Organization
   3) Filing fee of $100.00 payable to Secretary of State. Filing fees are NON-refundable.

   _____           December 8, 2010
   Authorized Signature                 Date
   Member, Manager, Organizer or Attorney-in-fact (Circle one)

   Request certificates and obtain entity information via the Internet: http://www.georgiacorporations.org

   FORM 231