IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* HENRY B. HELLER,<br><br>*Plaintiffs,*<br><br>v.<br><br>GUARDIAN PHARMACY, LLC and GUARDIAN PHARMACY OF ATLANTA, LLC,<br><br>*Defendants.* | Civil Action File No.:<br><br>1:18-cv-03728-SDG |

**SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, and holding a Scheduling Conference on April 12, 2021, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

Pursuant to the Scheduling Conference held on April 12, 2021, the Court ordered six months of fact discovery commencing on April 1, 2021, followed by

three months of expert discovery. As such, the following discovery schedule will apply:

1. The period for fact discovery will commence on April 1, 2021 and end on September 30, 2021;

2. That Parties will make expert disclosures within the meaning of Rule 26(a)(2)(B) and Rule 26(a)(2)(C) as follows: Relator Heller deadline: October 1, 2021; Guardian Atlanta deadline: November 12, 2021;

3. Any rebuttal expert disclosures—within the meaning of Rule 26(a)(2)(D)(ii)—will be made on or before December 3, 2021;

4. All expert discovery will conclude on December 31, 2021.

Furthermore, the Court denied without prejudice the Plaintiff's request to increase the number of fact witness depositions.

IT IS SO ORDERED, this 12th day of April 2021.

_____
THE HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE