IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA *ex rel.* HENRY B. HELLER,<br>    Plaintiff,<br>            v.<br>GUARDIAN PHARMACY OF ATLANTA, LLC,<br>    Defendant. | Civil Action No.<br>1:18-cv-03728-SDG |

### ORDER

Non-Party Senior Care Pharmacy Coalition's (SCPC) Motion for Leave to File Briefing as *Amicus Curiae* [ECF 159] is **GRANTED**.

No rule of civil procedure governs this decision or the timeliness of SCPC's motion; it is within the ambit of the Court's inherent authority to decide whether to grant SCPC leave as an *amicus*. *In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n. 34 (11th Cir. 2006); *Georgia Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015). SCPC is a trade association for long-term care pharmacies like Guardian Pharmacy, LLC and offers a broader perspective on the standards governing unlawful kickbacks in the long-term care pharmacy industry than any party to this lawsuit can provide. Accordingly, the Court has determined that SCPC's brief contains timely and useful information that appears relevant to the Court's analysis and may contribute to the Court's understanding of the issues in question.

The Clerk is **DIRECTED** to file ECF 159-1 as a new docket entry. The Parties are **ADVISED** that they may file responses to SPCP's brief, not to exceed fifteen pages in length, within 14 days of entry of this Order. SPCP is **ORDERED** to inform the Court within five days as to whether it intends to appear and argue at the February 22, 2023 hearing on pending motions [ECF 199].

Signed this 6th day of February, 2023.

Steven D. Grimberg
United States District Court Judge