UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. ET AL.,<br>          Plaintiffs,<br><br>vs.<br><br>GUARDIAN PHARMACY OF ATLANTA, LLC,<br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-03728-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of MOTION for Attorney's Fees, and the court having GRANTED said motion, it is

**Ordered and adjudged** that Keating Muething & Klekamp PLL recover $1,508,233.15 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 24th day of February, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: _s/ T. Schoolcraft_
    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
February 24, 2025
Kevin P. Weimer
Clerk of Court

By: _s/ T. Schoolcraft_
    Deputy Clerk